Cite as 2025 Ark. App. 44

# ARKANSAS COURT OF APPEALS
DIVISION IV
No. CR-24-104

| | | |
|---|---|---|
| JOSEPH BURNSED | | **Opinion Delivered** January 29, 2025 |
| | APPELLANT | APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT, WESTERN DISTRICT [NO. 16JCR-18-1065] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE CHRIS THYER, JUDGE |
| | APPELLEE | AFFIRMED |

**CASEY R. TUCKER, Judge**

This is a companion case to *Burnsed v. State*, 2025 Ark. App. 43, ___ S.W.3d ___, also handed down today. Joseph Burnsed appeals the Craighead County Circuit Court's order revoking his suspended imposition of sentence and sentencing him to twenty years in the Arkansas Division of Correction, to run concurrently with the three years imposed in *Burnsed*, *supra*, followed by ten years' suspended imposition of sentence. On appeal he argues, as he did in the companion case, that the State presented insufficient evidence to support the circuit court's finding that he possessed a controlled substance and that he smoked methamphetamine. We affirm.

On November 26, 2019, Mr. Burnsed pleaded guilty to theft by receiving. The circuit court imposed a sentence of 360 months' suspended imposition of sentence. As in the companion case, the conditions of his suspended sentence included, but were not limited

to, not committing a criminal offense punishable by imprisonment; not using, selling, distributing, or possessing any controlled substance; not associating with any person who is participating in or is known to participate in the illegal use, sale, distribution, or possession of controlled substances; and not associating with persons who have been convicted of felonies or are engaged in criminal activity.

The State filed a petition to revoke Mr. Burnsed's suspended imposition of sentence in both *Burnsed*, *supra*, and the present case based on the same allegations. The ensuing revocation hearing was for both cases, and we detailed the pertinent evidence presented in the companion opinion. Because the facts, the issues on appeal, and the arguments are exactly the same in both cases, we find it unnecessary to restate them here. For the reasons set forth in the companion case, we affirm the revocation of Burnsed's suspended sentence.

Affirmed.

WOOD and BROWN, JJ., agree.

*James Barr*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Jason Michael Johnson*, Ass't Att'y Gen., for appellee.